# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

MICAH A. COX,

                Petitioner,          :    Case No. 3:22-cv-033

  - vs -                            District Judge Walter H. Rice
                                       Magistrate Judge Michael R. Merz

WARDEN,
  Madison Correctional Institution,

                              :
                Respondent.

---

## NOTICE OF REPLY DEADLINE

---

When ordering the State to answer in this case, the Court provided that any reply or traverse by Petitioner would be due not later than twenty-one days after the answer was filed (Order, ECF No. 15, PageID 165).

The Return of Writ and State Court Record have been filed today, April 25, 2023. Petitioner's reply is therefore due May 16, 2023.

April 25, 2023.

                                  s/ *Michael R. Merz*
                                United States Magistrate Judge