IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICAH A. COX,

    Petitioner,                                 :        Case No. 3:22-cv-33

- vs -                                             District Judge Walter H. Rice
                                                    Magistrate Judge Michael R. Merz

WARDEN, Madison Correctional
  Institution,

    Respondent.                                :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 33) to the Magistrate Judge's Report and Recommendations (ECF No. 30).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

September 13, 2023.

                                                         Walter H. Rice
                                                   United States District Judge

1